**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRL DIVISION**

PATRICK HALTIWANGER
ADC #090474 PLAINTIFF

v. 4:26-cv-00569-JM-JJV

D. PAYNE, Director; *et al.* DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommendation Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc.16) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation Disposition in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his job assignment claim against Defendants Musselwhite, Young, Richardson, Coleman, Daniel, Hargrave, Wood, Nash, Robertson, Ashcraft, Culclager, Straughn, and Does. All other claims and Defendants are dismissed without prejudice. It is certified, pursuant to 28 U.S.C. §1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of October, 2026.

UNITED STATES DISTRICT JUDGE